# — EXHIBIT A —

Amerit

1333 North California Blvd
Suite 345
Walnut Creek, California 94596

Angel Jimenez
[redacted]

April 26, 2024

**RE: Notice of Data Breach**

Dear Angel Jimenez:

We write to make you aware of an incident that affects your personal information. We take this incident very seriously and are providing details of the incident and information on the resources available to you to help protect your information from possible misuse, should you feel it is appropriate to do so. We are also offering you complimentary credit monitoring and identity theft restoration services through Norton LifeLock Ultimate Plus through Norton LifeLock. The Ultimate Plus program is LifeLock's most comprehensive identity theft protection offering which includes up to $1 million dollars of stolen funds protection as well as providing legal and expert support should you need it. The full details of this plan can be found at https://lifelock.norton.com/products/lifelock-ultimate-plus.

**What Happened?** On January 21, 2024, Amerit Fleet Solutions, Inc. ("Amerit") identified unusual activity on certain network systems and determined that it was experiencing a cyber incident. We promptly began an investigation to determine the full nature and scope of the event. Based on this investigation, we determined that certain files were copied from our systems by an unauthorized person likely in the January timeframe. We then conducted a detailed review of those files to determine what information was present and to whom it relates. Based on this review, we determined that your information was present in the relevant files.

**What Information Was Involved?** The type of information related to you that was potentially affected by this incident includes the following: name, driver's license or state identification, date of birth, and Social Security number.

**What We Are Doing.** We take the confidentiality, privacy, and security of information in our case seriously. In response to this incident, we promptly took steps to secure our systems and conducted a detailed investigation to confirm the full nature and scope of the event. We also notified federal law enforcement of this incident.

As an added precaution, we are also offering you complimentary access to 36 months of credit monitoring and identity theft restoration services, through Norton LifeLock. You are eligible to receive the benefits listed under LifeLock's Ultimate Plus program at no cost to you. These benefits include up to $1 million in Stolen Funds Reimbursement, $1 million in Personal Expense Reimbursement and $1 million in Lawyer and Experts Fees Reimbursement. To view all benefits of this program, please go to LifeLock's website.

**Please note, you are not automatically enrolled in this program.** Please follow the steps on the second page of this letter to enroll.

**What You Can Do.** We encourage you to remain vigilant against instances of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. We also encourage you to review the attached *Steps You Can Take to Help Protect Your Information* and to enroll in the identity protection services we are offering. Please note, we are not permitted to enroll you in these services and so you will need to follow the instructions below to take advantage of this service.

**For More Information.** If you have questions, please contact our dedicated assistance line at **(866) 885-7527**.

Sincerely,

Dan Williams
Chief Executive Officer
www.ameritfleetsolutions.com