# Exhibit 1

# MUTUAL AGREEMENT TO ARBITRATE CLAIMS

The Company, including Amerit Fleet Solutions, Inc. and all subsidiaries, indirect subsidiaries, and affiliates of Amerit Fleet Solutions, Inc. (collectively, the "Company") understands that employment-related disagreements will arise from time to time. Accordingly, the Company has adopted this Mutual Agreement to Arbitrate Claims (this "Agreement"). Under this Agreement, and subject to certain exceptions specified within the Agreement, all employment-related disputes between employees and the Company that are not resolved informally shall be resolved by binding arbitration in accordance with the terms set forth below. This Agreement applies equally to disputes related to employment raised by either the employees or by the Company.

**Employees should read this Agreement carefully, as it provides that virtually any dispute related to employment must be resolved only through binding arbitration. Arbitration replaces the right of both parties to go to court, including the right to have a jury or government agency decide the parties' claims. Also, this Agreement prohibits employees and the Company from filing, opting into, becoming a class member in, or recovering through a class action, collective action, or other representative action or similar joint proceeding, except as otherwise stated herein.**

**This agreement is a condition of employment. An employee's failure to sign this agreement does not change the employer's intention that all employees be bound by the Agreement and the terms set forth below. If an employee fails to affirmatively opt out of this Agreement, (s)he will be bound by its terms. To be clear, expressing a desire to opt out of the Agreement will disqualify the employee from working for the Company.**

Arbitration is not intended to replace any internal dispute resolution mechanisms the Company has in place now or may put in place in the future. In fact, it is the Company's hope that most issues can be resolved through the Open Door Policy, with Human Resources, or through other internal complaint procedures. However, experience tells us that even in the best-run companies disputes sometimes arise that are not easily resolved. This Agreement is designed to provide a fair, efficient and swift method of resolving those disputes.

***Covered Claims***

In consideration for employment or continued employment at Amerit Fleet Solutions (the "Company"), the Company and Employee hereby mutually agree that any claims arising out of or relating to Employee's employment at the Company or the termination of that employment ("Claims") shall be resolved through binding arbitration. The disputes covered under this Agreement include any dispute between an employee and any other person where: (1) the employee seeks to hold the Company liable on account of the other person's conduct or (2) the other person is also covered by this Agreement and the dispute arises from or relates to employment, including termination from employment, with the Company. The disputes covered under this Agreement also include any dispute the Company might have with a current or former employee which arises or relates to employment. A dispute is based on a legal claim and is subject to the Agreement if it arises from or involves a claim under federal, state, or local statute, ordinance, regulation, or common law doctrine, including, but not limited to, claims for wages or other compensation due; claims for breach of any contract or covenant (express or implied); tort claims; claims for harassment or discrimination (including, but not limited to, race, sex, religion, national origin, age, marital status, medical condition, handicap, disability, or other protected characteristic under applicable discrimination law); claims for retaliation or wrongful termination in violation of public policy; claims for benefits other than those brought under the Employee Retirement Income Security Act ("ERISA"); and claims for violation of any federal, state, or other governmental law, statute, regulation, ordinance, or common law. This arbitration Agreement includes, but is not limited to, claims under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Fair Labor Standards Act, and all comparable laws.

The only exceptions to this Agreement are

1. applications to a court for preliminary injunctive relief, including a temporary restraining order; and

2. Claims that are not made in a court, such as claims for workers' compensation and unemployment benefits.

3. Claims subject to applicable collective bargaining agreements.

4. Claims or charges filed with a governmental administrative agency, such as the National Labor Relations Board, the Department of Labor, or the Equal Employment Opportunity Commission, or equivalent state administrative agencies. However, if such an agency completes its processing of your action against the Company, you must use arbitration if you wish to further pursue your legal rights, rather than filing a lawsuit on the action. Further, nothing in this Agreement excuses either party from bringing an administrative claim before a state or federal agency in order to fulfill the party's obligation to exhaust administrative remedies before making a claim in arbitration.

All Claims may only be brought in the party's individual capacity, and not as a plaintiff, claimant or class member in any class, collective or other representative or joint proceeding (excluding California Private Attorney General Act representative actions). Employee and the Company acknowledge that this Agreement means that Employee and the Company are relinquishing their rights to either a jury trial or a court trial for the resolution of any claims that Employee and the Company may have against the other. Arbitration is the exclusive forum for the resolution of such disputes.

***Class/Collective/Representative Action Waiver***

Except as set forth below, all parties covered by this Agreement expressly waive any right with respect to any Claims to submit, initiate, or participate in a representative capacity or as a plaintiff, claimant, or member in a class action, collective action, or other representative or joint action (excluding California Private Attorney General Act representative actions), regardless of whether the action is filed in arbitration or in court. Furthermore, if a court orders that a class, collective, or other representative or joint action should proceed, in no event will such action proceed in the arbitration forum. Claims may not be joined or consolidated in arbitration with disputes brought by other individual(s) unless agreed to in writing by all parties.

Employees will not be retaliated against, disciplined, or threatened with discipline as a result of his or her filing of or participation in a class, collective, or other representative or joint action in any forum. However, all parties covered by this Agreement may lawfully seek enforcement of this Agreement and the above Class Action/Collective Action/Representative Action Waiver under the Federal Arbitration Act and seek dismissal of such class, collective, representative, or other joint actions or claims.

Notwithstanding any other clause contained in this Agreement, any claim that all or part of the Class Action/Collective Action/Representative Action Waiver is invalid, unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

If this Class Action/Collective Action/Representative Action Waiver is determined to be unenforceable or void, the Class Action/Collective Action/Representative Action Waiver shall be severable, and the remainder of this Agreement shall be enforced when a dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

***Arbitration Procedures***

A party wishing to make a claim must give written notice to the other party within the statutory period mandated by the applicable relevant federal, state, or local law. The arbitrator shall dismiss as untimely any claim that is submitted for arbitration after expiration of any such time period. The written notice shall identify and describe the nature of all claims asserted and the facts upon which such claims are based. The notice shall be sent to Amerit Fleet Solutions, Inc, Attn: Director, Human Resources, 1331 N. California Blvd., Ste. 150, Walnut Creek, California 94596. If the Company is the party bringing the claim, it shall send the notice to the individual employee's most recent address in his/her personnel file.

Any party may be represented by an attorney or other representative selected by that party at each party's own expense. Generally, the Company will be represented by legal counsel at arbitration. The Company will not provide legal advice to employees, but it strongly encourages employees to consult with independent legal counsel of their own choosing if they have any questions about whether they should be represented by legal counsel at arbitration or any other issue related to the arbitration.

Claims shall be resolved through binding arbitration to be administered by the American Arbitration Association (the "AAA"), in accordance with its Employment Arbitration Rules and Mediation Procedures (the "AAA Rules") then in effect, except as otherwise modified herein. The AAA Rules may be found on the AAA's website: www.adr.org. To the extent that there is any conflict between this Agreement and the AAA Rules, the provisions of this Agreement shall govern except as provided by applicable law. Arbitrations shall be held in or near the city in which the employee lives or was employed by the Company, unless the parties otherwise agree.

The arbitrator shall be neutral and selected by mutual agreement or through the AAA according to its Rules and with both parties' participation. The arbitrator so appointed shall have extensive experience and qualifications in employment law. Unless the parties mutually agree otherwise, the arbitrator shall be an attorney licensed to practice in the location where the arbitration proceeding will be conducted or a retired federal or state judicial officer who presided in the jurisdiction where the arbitration will be conducted. If the AAA declines to administer an arbitration, the Company and the employee shall in good faith agree upon a neutral single arbitrator (or more than one arbitrator if the parties so agree) to hear the case. In any such arbitration, the AAA Rules will apply, except as otherwise modified herein. The arbitrator shall confer with the parties regarding the conduct of the hearing and resolve any disputes the parties may have in that regard.

Discovery will be governed by the Federal Rules of Civil Procedure. The arbitrator shall have the authority to entertain and rule upon a motion to dismiss, motion for summary judgment, motion to compel discovery, motion in limine, or motion to strike by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure. At the arbitration, the Federal Rules of Evidence will apply. Both parties will have the right to present proof, through testimony and documentary evidence, and to cross-examine witnesses.

All proceedings and documents prepared in connection with any arbitration pursuant to this Agreement shall be confidential and, unless otherwise required by law, shall not be disclosed to any other person other than the parties, their counsel, witnesses, expert, and the arbitrator(s). The results of the arbitration, unless otherwise agreed to by the parties, are confidential and may not be disclosed, made public, or reported to any person or entity, except as otherwise required by law, or to the extent necessary in connection with judicial review of the final written decision.

**Nothing in the AAA Rules should be construed or interpreted to allow for class, collective, or other representative or joint arbitration. If an employee is unable to access or print the AAA Rules, he or she may obtain a printout of the rules from a Human Resources representative or from his or her manager.**

Any employee who files a claim with the AAA must pay the case filing fee charged by the AAA, or the equivalent of the filing fee charged by the local federal district court, whichever is less. The employee

will not have to pay any case filing fees if doing so would render this Agreement unenforceable under applicable law. The Company pays all the other administrative fees and costs of the arbitrator. Each party shall pay for its own costs and attorneys' fees and discovery (such as depositions), if any. However, if any party prevails on a statutory claim which affords the prevailing party attorneys' fees and/or costs, or if there is a written agreement providing for fees and/or costs (including fees and/or costs relating to the arbitration), the arbitrator may award reasonable fees and/or costs to the prevailing party, in accordance with such statute or agreement, if otherwise allowed by applicable law.

The arbitrator shall apply the law applicable to the claim(s) asserted. An issue is subject to arbitration only if it states a claim under applicable federal, state, or local law. The arbitrator shall dismiss, without a hearing on the merits, any matter which does not state a claim under applicable federal, state, or local law. Notwithstanding anything in the AAA rules, the arbitrator will not have the authority to determine whether this Agreement or any portion of it is enforceable, revocable, or valid.

Within thirty (30) days of the close of the arbitration hearing, any party will have the right to prepare, serve on the other party and file with the arbitrator a brief.

Promptly after the proceedings the arbitrator will issue to the parties a written statement regarding the disposition of each claim and the relief, if any, awarded. The arbitrator will also provide a concise written statement of the reasons for any award, stating the essential findings and conclusions on which it is based. The arbitrator may award any party any remedy to which that party is entitled under applicable law, whether legal or equitable, but such remedies shall be limited to those that would be available to a party in his or her individual capacity in a court of law for the claims presented to and decided by the arbitrator. No remedies that otherwise would be available to an individual in a court of law will be forfeited by virtue of this Agreement. The arbitration shall be final and binding upon the parties. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration. Any judicial review of an arbitration written decision is dependent on applicable law.

The arbitration shall be held in the state where Employee resides, before a single neutral arbitrator pursuant to the then-current AAA Arbitration Rules and Procedures for Employment Disputes, to the extent they are consistent with applicable law and this Agreement. Any party may be represented by an attorney and may conduct discovery sufficient to allow the party to adequately arbitrate their claim, including access to essential documents and witnesses, as determined by the arbitrator. In that capacity, the arbitrator shall allow the parties to take depositions and obtain discovery regarding the subject matter of the arbitration and, to that end, use and exercise all the same rights, remedies, and procedures as if the subject matter of the arbitration were pending before a court of law.

The provisions of this Agreement are severable, and if any part of it is found to be void or otherwise unenforceable, the other provisions shall remain fully valid and enforceable.

This Agreement is the complete agreement between the parties on the subject of arbitration of the Claims described above and supersedes any prior arbitration agreement regarding such Claims. This Agreement cannot be modified except in a written agreement that (1) specifies that it is modifying this Agreement; and (2) is signed by both Employee and the President of the Company.

This Agreement is not an employment agreement and in no way alters the at-will status of Employee's employment at the Company. Employee and the Company understand and agree that either party may terminate the employment relationship at any time, for any reason or no reason, and with or without notice.

Employee and the Company agree that this Agreement may be signed in counterparts and that a copy of a party's signature may be used to enforce this Agreement.

**I ACKNOWLEDGE THAT I HAVE CAREFULLY READ THIS AGREEMENT, THAT I UNDERSTAND**

**ITS TERMS AND THAT BY SIGNING THIS AGREEMENT, I AM GIVING UP MY RIGHT TO A JURY TRIA ANY PROMISE OR REPRESENTATION BY THE COMPANY OTHER THAN THOSE CONTAINED IN THIS AGREEMENT.**

☑ Employee Signature
Angel Jimenez 12/10/2022 9:28 AM
Checking the checkbox above is equivalent to a handwritten signature.

---



Amerit Fleet Solutions, Inc.