James G. Snell, CA Bar No. 173070
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Ellie Chapman, CA Bar No. 305473
EChapman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Defendant Amerit Fleet Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ANGEL JIMENEZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

AMERIT FLEET SOLUTIONS, INC.,

Defendant.

Case No. 3:24-cv-03315-MMC

**DECLARATION OF JAMES G. SNELL IN SUPPORT OF DEFENDANT AMERIT FLEET SOLUTIONS, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS**

| | |
|---|---|
| Date: | Oct. 18, 2024 |
| Time: | 9 a.m. |
| Judge: | Maxine M. Chesney |
| Trial Date: | TBD |
| Date Action Filed: | June 3, 2024 |

I, James G. Snell, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am a partner at Perkins Coie LLP, counsel for Defendant Amerit Fleet Solutions, Inc. ("AFS"). I make this declaration based upon my personal knowledge and the files and records maintained by Perkins Coie in the ordinary course of business, and I am competent to testify if called upon as a witness.

2. I make this declaration in support of AFS' Motion to Compel Individual Arbitration and Dismiss Putative Class Claims (the "Motion").

3 Attached as **Exhibit 1** is a true and correct copy of the Minute Order granting AFS' motion to compel arbitration in *Tucker v. Amerit Fleet Sols., Inc.*, No. 21STCV22266, 2021 Cal. Super. LEXIS 101714 (Cal. Super. Ct. Oct. 15, 2021).

4. Attached as **Exhibit 2** is a true and correct copy of the Minute Order granting AFS' motion to compel arbitration in putative class action *Felix v. Amerit Fleet Sols., Inc.*, No. 21STCV14498, 2021 Cal. Super. LEXIS 84670 (Cal. Super. Ct. Nov. 22, 2021).

5. On July 10, 2024, counsel for the parties engaged in a telephone conference discussing the Mutual Agreement to Arbitrate Claims between Jimenez and AFS (the "MAAC").

6. Thereafter, counsel for the parties exchanged subsequent emails regarding the MAAC on July 10, 2024 and July 15, 2024. Jimenez's counsel was unwilling to dismiss or stay the matter in favor of arbitration, necessitating AFS' filing of the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of August, 2024, at Palo Alto, California.

*s/ James G. Snell*
JAMES G. SNELL