# — EXHIBIT 1 —

Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANGEL JIMENEZ**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERIT FLEET SOLUTIONS, INC.**,<br><br>Defendant. | Case No. 3:24-cv-03315-MMC<br><br>**DECLARATION OF ANGEL JIMENEZ FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS PUTATIVE CLASS CLAIMS**<br><br>Date: November 15, 2024<br>Time: 9 a.m.<br>Judge: Maxine M. Chesney<br>Trial Date: TBD |

I, Angel Jimenez, declare as follows:

1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, I could and would testify competently thereto.

2. My native language is Spanish, but I can speak, write, and read English.



Doc ID: 0aeea174a9966b1576eb15b057e14c1289d2fc4a

3. I am a former employee of Amerit Fleet Solutions, Inc. ("Amerit Fleet"). I worked as a Trailer Technician for Amerit Fleet from December 2022 to July 2023. I held this position throughout my entire time working at Amerit Fleet.

4. In early December 2022, I interviewed for a Trailer Technician position at Amerit Fleet.

5. I was offered the Trailer Technician position within a day or two of the interview and began working in that role shortly after receiving the offer.

6. To the best of my recollection, the entire hiring process, from my application to my start date, lasted a little over one week.

7. No one at Amerit Fleet assisted me in completing the necessary employment documents or explained the contents of those documents to me.

8. During the application and hiring process, I received help from my sister in understanding the documents required for employment.

9. I was unaware of any arbitration agreement when I accepted the Trailer Technician job in December 2022

10. I do not recall signing an arbitration agreement as part of the hiring process with Amerit Fleet.

11. I searched both the inbox and sent messages of the Gmail account I used to apply for the job at Amerit Fleet in December 2022 for the following terms: "Amerit Fleet," "aINSIGHT," "PeopleSoft," and "iCIMS." I did not find any emails from or to Amerit Fleet from December 10, 2022.

12. I did not find any emails related to the hiring process that indicated I needed to read or acknowledge an arbitration agreement.

13. I do have emails from the time of my hiring, including those related to logging into Amerit Fleet's onboarding system. However, I did not find any emails referencing an arbitration agreement.



Doc ID: 0aeea174a9966b1576eb15b057e14c1289d2fc4a

14. I recall that the hiring process, including receiving and logging into the company's portal, happened quickly in December 2022.

15. Amerit Fleet never offered to provide any employment documents in Spanish nor inquired about my fluency in English.

16. I do not recall any Amerit Fleet employee or representative explaining the meaning of any employment documentation I received from the company.

17. I felt obligated to sign all documents sent to me to ensure my employment.

18. At the time of signing the employment documents from Amerit Fleet, I did not know or understand that an arbitration agreement was included or that my acknowledgment constituted an agreement to arbitrate.

19. I do not know how to invoke arbitration, or the procedures involved in filing for arbitration against Amerit Fleet.

20. To my knowledge, I never saw, reviewed, received instruction or explanation pertaining to, or signed an arbitration agreement in connection with the hiring process at Amerit Fleet.

21. I do not know how to opt out of an arbitration agreement and no one from Amerit Fleet ever talked to me about a opt out for an arbitration agreement.

22. As a Trailer Technician at Amerit Fleet, my responsibilities included repairing flatbeds, performing preventative maintenance on fleet vehicles, and providing support as needed.

23. During my employment with Amerit Fleet, I was contracted by FedEx and performed maintenance on FedEx vehicles, including preventative maintenance and providing support as needed.

I, Angel Jimenez, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

[SIGNATURE PAGE TO FOLLOW]



Doc ID: 0aeea174a9966b1576eb15b057e14c1289d2fc4a

Executed on October 11, 2024.

Angel Jimenez



Doc ID: 0aeea174a9966b1576eb15b057e14c1289d2fc4a