Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANGEL JIMENEZ**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERIT FLEET SOLUTIONS, INC.**,<br><br>Defendant. | Case No. 3:24-cv-03315-MMC<br><br>**[PROPOSED] ORDER DENYING MOTION TO COMPEL ARBITRATION AND DISMISS PUTATIVE CLASS CLAIMS**<br><br>Date: November 15, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: TBD |

Upon consideration of the papers submitted in support of and in opposition to Amerit Fleet Solutions, Inc.'s ("Amerit Fleet") Motion to Compel Individual Arbitration and Dismiss Putative Class Claims (the "Motion"), any oral argument presented by the parties, and all other matters properly before the Court, IT IS HEREBY ORDERED that, as set forth in Plaintiff's Opposition to the Motion, Defendant Amerit Fleet's Motion is DENIED in its entirety.

______________________________ Dated

______________________________ HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE